| | |
|---|---|
| Christine M. Tobin-Presser, WSBA #27628<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101<br>Tel: (206) 292-2110<br>Emails: ctobin@bskd.com | HONORABLE CHRISTOPHER M. ALSTON<br><br>HEARING DATE: May 21, 2025<br>HEARING TIME: 9:30 a.m.<br>LOCATION: Zoomgov<br>RESPONSE DUE: May 15, 2025 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER,<br><br>               Debtors. | Chapter 7<br><br>No. 24-11790-CMA |
| JONATHAN ROBERTS, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER,<br><br>               Defendants. | Adversary Case No. 24-01085-CMA<br><br>PLAINTIFF'S RESPONSE TO MOTION FOR JUDICIAL NOTICE OF PRIVILEGE WAIVER AND NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS |

Jonathan Roberts ("Plaintiff"), plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding") responds to Defendants' Motion for Judicial Notice of Privilege Waiver and Notice of Request for Production of Documents.

First, neither of the two emails submitted by Defendants (ECF 24-1 and 24-2) implicate the attorney client privilege. The first (ECF 24-1) is an email among the undersigned, Plaintiff, and a third party. The second (ECF 24-2) is an email from Defendant Craig Rominger to the undersigned.

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
JUDICIAL NOTICE OF PRIVILEGE WAIVER – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ie07pp01ff

Case 24-01085-CMA    Doc 52    Filed 05/15/25    Ent. 05/15/25 12:30:03    Pg. 1 of 2

1    Second, to the extent Defendants seek the production of documents, they are required to use

2    the procedures in Federal Rule of Bankruptcy Procedure 7034.  Plaintiff notes that the documents

3    requested are wholly outside of the scope of the Adversary Proceeding and reserve any objections in

4    that regard should discovery be properly issued.

5        DATED this 15th day of May, 2025.

6                                                      BUSH KORNFELD LLP

7

8            By    /s/ Christine M. Tobin-Presser
                 Christine M. Tobin-Presser, WSBA #27628
                 Attorneys for Plaintiff Jonathan Roberts

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
JUDICIAL NOTICE OF PRIVILEGE WAIVER – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ie07pp01ff