Entered on Docket May 21, 2025

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtors. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | |
| v. | ORDER ON DEFENDANTS' MOTION FOR JUDICIAL NOTICE OF PRIVILEGE WAIVER AND NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

1. This matter came before the Court on Defendants' Motion for Judicial Notice of Privilege Waiver and Notice of Request for Production of Documents (the "Motion"). ECF No. 24. The Court conducted a hearing on May 21, 2025, at which it considered the Motion, the arguments of parties, and made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby,

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 2