Entered on Docket May 22, 2025

**Below is the Order of the Court.**

Christopher M. Alston
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtors. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | |
| v. | ORDER ON DEFENDANTS' MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

This matter came before the Court on Defendants' Motion to Extend Deadline for Expert Disclosure (the "Motion"). ECF No. 39. The Court conducted a hearing on May 21, 2025, at which it considered the Motion, the arguments of parties, and made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby,

ORDERED that the Court will amend the scheduling order ECF No. 11 to extend the deadline to make expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) and Federal Rule of Bankruptcy Procedure 7026 to **June 10, 2025.**

///END OF ORDER///

Order - 2