Entered on Docket May 22, 2025

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtors. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | |
| v. | ORDER ON DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

This matter came before the Court on Defendants' Motion to Compel Complete Discovery Responses (the "Motion"). ECF No. 40. The Court conducted a hearing on May 21, 2025, at which it considered the Motion, the arguments of parties, and made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby,

ORDERED that the Motion is DENIED. And is it further ORDERED that the hearing on the Motion is continued to **June 4, 2025, at 9:30 a.m.** to be conducted via ZoomGov. The parties shall follow these instructions to participate:

**JOIN ZOOMGOV MEETING**

**https://www.zoomgov.com/j/1606844370?pwd=VkpOZktDalNiNzZ2S2RLbTZHU1A1QT09** **(link is external)**

**Meeting ID:** 160 684 4370
**Passcode:** 804281

**One tap mobile**
+16692545252,,1606844370# US (San Jose)
+14154494000,,1606844370# US (US Spanish Line)

**Dial by your location**
    +1 669 254 5252 US (San Jose)
    +1 415 449 4000 US (US Spanish Line)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
    +1 646 828 7666 US (New York)
    +1 646 964 1167 US (US Spanish Line)

**Find your local number:** https://www.zoomgov.com/u/ad2zlHPOQ0 (link is external)

It is further ORDERED that Counsel for Plaintiff shall file and serve a declaration identifying fees and costs incurred to response to this Motion, including those incurred for appearing at the initial hearing and those estimated to be incurred for the continued hearing, by **May 28, 2025**. Defendants shall file a response by **June 2, 2025**.

///END OF ORDER///