Entered on Docket May 22, 2025

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtors. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | |
| v. | ORDER ON DEFENDANTS' MOTION TO EXTEND TIME |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

| | |
|---|---|
| 1 | This matter came before the Court on Defendants' Motion to Extend Time (the |
| 2 | "Motion"). ECF No. 15. The Court conducted a hearing on May 21, 2025, at which it considered |
| 3 | the Motion, the arguments of parties, and made findings of fact and conclusions of law |
| 4 | incorporated by this reference.  Now, therefore, it is hereby, |
| 5 | ORDERED that the scheduling order ECF No. 11 will be amended to continue the trial |
| 6 | date and certain other deadlines. |

///END OF ORDER///

Order - 2