Christine M. Tobin-Presser, WSBA #27628
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: ctobin@bskd.com

HONORABLE CHRISTOPHER M. ALSTON

HEARING DATE: June 4, 2025
HEARING TIME: 9:30 a.m.
LOCATION: Seattle, Courtroom 7206
RESPONSE DUE: May 28, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER,<br><br>Debtors. | Chapter 7<br><br>No. 24-11790-CMA |
| JONATHAN ROBERTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER,<br><br>Defendants. | Adversary Case No. 24-01085-CMA<br><br>DECLARATION OF CHRISTINE M. TOBIN-PRESSER RE: ATTORNEYS FEES AND COSTS RELATING TO RESPONDING TO DEFENDANTS' MOTION TO COMPEL DISCOVERY |

Christine M. Tobin-Presser declares as follows:

1. I am the attorney for Jonathan Roberts in the above-captioned adversary proceeding. I have personal knowledge of the facts set forth herein and I am competent to testify to the same.

2. Attached hereto as Exhibit A is a true copy of an invoice setting for the fees incurred by Bush Kornfeld LLP in responding to Defendants' Motion to Compel Discovery including one-half hour in estimated fees for the June 4, 2025 hearing.

3. I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 27th day of May, 2025.

/s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser

DECLARATION OF CHRISTINE M. TOBIN-PRESSER RE: ATTORNEYS FEES AND COSTS RELATING TO RESPONDING TO DEFENDANTS' MOTION TO COMPEL DISCOVERY– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ie27km01hq

Case 24-01085-CMA    Doc 80    Filed 05/27/25    Ent. 05/27/25 15:35:31    Pg. 1 of 5

## Declaration of Service

PAULA SUTTON declares:

4. I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration.

5. On the 27th day of May, 2025, I caused copies of the foregoing *Declaration of Christine M. Tobin-Presser Re: Attorneys Fees and Costs Relating to Responding to Defendants' Motion to Compel Discovery* to be emailed and mailed, U.S. First-Class mail, postage prepaid, to:

| | |
|---|---|
| Craig Clinton Rominger<br>7517 150th St. SE<br>Snohomish, WA 98296 | Email: craig.romginer@gmail.com |

and

| | |
|---|---|
| Heidi Kay Rominger<br>7517 150th St. SE<br>Snohomish, WA 98296 | Email: Heidi.rominger@gmail.com |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 27th day of May, 2025, at Seattle, Washington.

                    */s/ Paula Sutton*
                    PAULA SUTTON

DECLARATION OF CHRISTINE M. TOBIN-PRESSER RE: ATTORNEYS FEES AND COSTS RELATING TO RESPONDING TO DEFENDANTS' MOTION TO COMPEL DISCOVERY– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ie27km01hq

Case 24-01085-CMA    Doc 80    Filed 05/27/25    Ent. 05/27/25 15:35:31    Pg. 2 of 5

# EXHIBIT A

**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101-2373

Phone (206) 292-2110; Fax 292-2104
Federal Tax I.D. #91-1560644

JONATHAN ROBERTS                                            May 27, 2025
[via email]                                                 Invoice # 25345

In Reference To: OUR CLIENT MATTER NO: 2615-20221
                  Advice

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**        $4,200.00

Professional services

|            |     |                                                                                  | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------|-------|----------|
|            |     | **DISCOVERY**                                                                    |       |          |
| 5/2/2025   | CMT | Email correspondence with C. Rominger regarding proposed discovery conference.   | 0.20  | 100.00   |
| 5/5/2025   | CMT | Review discovery motion and inquire as to hearing date.                          | 0.20  | 100.00   |
| 5/6/2025   | CMT | Telephone conference with J. Roberts and work on Reponse to Motion to Compel Discovery. | 2.50 | 1,250.00 |
| 5/7/2025   | CMT | Work on response to motion to compel discovery.                                  | 2.80  | 1,400.00 |
| 5/13/2025  | CMT | Work on response to motion to compel.                                            | 0.50  | 250.00   |
|            | CMT | Work on response to discovery motion.                                            | 0.50  | 250.00   |
| 5/19/2025  | CMT | Review discovery pleadings and prepare argument.                                 | 0.60  | 300.00   |
| 5/20/2025  | CMT | Email correspondence with P. Sutton re: Errata to C. Tobin-Presser declaration re: Motion to Compel. | 0.40 | 200.00 |
| 5/21/2025  | CMT | Prepare for and attending hearing on discovery.                                  | 0.70  | 350.00   |

JONATHAN ROBERTS  Page 2

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [ 8.40 | 4,200.00] |

For professional services rendered $4,200.00

**Balance due** **$4,200.00**