**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtor. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | ORDER ON DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR DETERMINATION OF STANDING AND THRESHOLD VALIDITY OF CLAIM UNDER 11 U.S.C. §§ 727(d), 101(10), AND FRBP 7012(b) |
| v. | |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

This matter came before the Court on the Defendants' Motion to Shorten Time for Hearing on Motion for Determination of Standing and Threshold Validity of Claim Under 11 U.S.C. §§ 727(d), 101(10), and FRBP 7012(b) (the "Motion") [ECF No. 117]. The Court considered the Motion and the records and files in this case and makes the following findings and conclusions.

Motions to shorten time are disfavored. Local Bankr. R. 9013-1(d)(3)(A). The Defendants have not identified any exigent circumstances that warrant emergency relief, and they do not offer any explanation for why they could not have brought this Motion sooner and have it heard on regular notice. Now, therefore, it is hereby,

ORDERED the Motion is DENIED.

///END OF ORDER///

Order - 2