**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtors. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | |
| v. | ORDER ON MOTION IN LIMINE TO PRECLUDE TESTIMONY OR EXHIBITS INTRODUCED FOR THE PURPOSE OF LITIGATING MATTERS NOT RELEVANT TO ADVERSARY PROCEEDING ISSUES |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

This matter came before the Court on the Plaintiff's Motion in Limine to Preclude Testimony or Exhibits Introduced for the Purpose of Litigating Matters Not Relevant to Adversary Proceeding Issues (the "Motion") [ECF No. 107]. The Court conducted a hearing on July 15, 2025, at which it considered the Motion, arguments of the parties, and made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby,

ORDERED that the Motion is DENIED without prejudice.

///END OF ORDER///

Order - 2