**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| Craig Clinton Rominger and Heidi Kay Rominger, | Case No. 24-11790-CMA |
| Debtors. | |
| Jonathan Roberts, | Adv. No. 24-01085-CMA |
| Plaintiff, | |
| v. | ORDER ON MOTION IN LIMINE TO ESTABLISH SCOPE OF TRIAL WITH RESPECT TO PLAINTIFF'S STANDING |
| Craig Clinton Rominger and Heidi Kay Rominger, | |
| Defendants. | |

Order - 1

This matter came before the Court on the Plaintiff's Motion in Limine to Establish Scope of Trial with Respect to Plaintiff's Standing (the "Motion") [ECF No. 106]. The Court conducted a hearing on July 15, 2025, at which it considered the Motion, arguments of the parties, and made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby,

ORDERED that the Motion is DENIED without prejudice.

///END OF ORDER///