Entered on Docket July 24, 2025

**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Craig Clinton Rominger and<br>Heidi Kay Rominger,<br><br>                 Debtors. | Case No. 24-11790 |
| Jonathan Roberts,<br><br>                 Plaintiff,<br>v.<br><br>Craig Clinton Rominger and<br>Heidi Kay Rominger,<br><br>                 Defendants. | Adv. No. 24-01085<br><br>ORDER ON EX PARTE MOTION TO SET HEARING FOR DEBTORS MOTION TO DISMISS FOR LACK OF STANDING |

    This matter came before the Court on the Defendants' Ex Parte Motion to Set Hearing for Debtors Motion to Dismiss for Lack of Standing (the "Motion") [ECF No. 134]. The Court

Order - 1

considered the Motion and the files herein.  The Court issued an order stating the last date that the Court would hear dispositive motions was a motion calendar on or before August 5, 2025.  ECF No. 73.  The Defendants offer no reason or excuse for why they could not have filed their motion 28 days prior.  The Court finds and concludes the Defendants have not established sufficient cause for the requested relief.  Now, therefore, it is hereby

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 2