Below is the Order of the Court.

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER,

    Debtors.

JONATHAN ROBERTS, an individual,

    Plaintiff,

v.

CRAIG CLINTON ROMINGER and HEIDI KAY ROMINGER,

    Defendants.

Chapter 7

No. 24-11790-CMA

Adversary Case No. 24-01085-CMA

AMENDMENT TO PRETRIAL ORDER

The Pretrial Order entered by the Court on August 25, 2025 (Docket No. 153) is amended solely with respect to the designation of Defendants' Exhibits D26 and D27 which shall replaced with the following:

| | | | |
|---|---|---|---|
| D26 | 05/28/2025 Declaration of Joe McIntosh | X | |
| D27 | 05/27/3035 Declaration of Richard Symmes | X | |

//End of Order//

AMENDMENT TO PRETRIAL ORDER– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Presented by:

BUSH KORNFELD LLP

By /s/ Christine M. Tobin-Presser
    Christine M. Tobin-Presser, WSBA #27628
Attorneys for Plaintiff Jonathan Roberts


By /s/ Craig Rominger
    Craig Rominger, Defendant


By /s/ Heidi Rominger
    Heidi Rominger, Defendant

AMENDMENT TO PRETRIAL ORDER– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 24-01085-CMA    Doc 163    Filed 09/04/25    Ent. 09/04/25 10:22:07    Pg. 2 of 2